B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 11−49244**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Zenon Maziarz
  4004 North McVicker Ave
  Unit 4B
  Chicago, IL 60634

Social Security / Individual Taxpayer ID No.:
  xxx−xx−6347

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

　　It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: March 27, 2012                         Kenneth S. Gardner, Clerk
                                              United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-49244-ERW
Zenon Maziarz                                                           Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 2              Date Rcvd: Mar 27, 2012
                              Form ID: b18             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2012.
```
db         +Zenon Maziarz,    4004 North McVicker Ave,    Unit 4B,    Chicago, IL 60634-1610
18146209   +Addison Central Pathology,    520 East 22nd Street,    Lombard, IL 60148-6110
18146210   +Addison Emergency Physicians,    5645 West Addison,    Chicago, IL 60634-4403
18146211   +Addison Radiology Associates, SC,    520 East 22nd Street,    Lombard, IL 60148-6110
18146212   +Central Addison Medical Group, LLC,    P.O. Box 2245,    Schiller Park, IL 60176-0245
18146215   +City of Chicago,    33589 Treasury Center,    Chicago, IL 60694-3500
18146216   +Cook County Health & Hospitals,    P.O. Box 70121,    Chicago, IL 60673-0121
18146218   +Dev Medical Associates, SC,    1146 Park Avenue,    River Forest, IL 60305-1310
18146219   +Dr. Harjyot Sandhu,    750 Pearson St,    Suite 806,    Des Plaines, IL 60016-9213
18146220   +Peoples Gas,    Attention: Bankruptcy Department,    130 E. Randolph,    Chicago, IL 60601-6302
18146222   +Pnc Bank,    P.o.box 3180,    Pittsburgh, PA 15230-3180
18146223   +Pnc Card,    P.o.box 3180,    Pittsburgh, PA 15230-3180
18146224   +Resurrection Health Care,    5645 West Addison Street,    Chicago, IL 60634-2881
18146225   +Triad Hospitalist Group, SC,    5645 West Addison St,    Chicago, IL 60634-4403
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18146213   +EDI: CHASE.COM Mar 28 2012 00:58:00      Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
                                                                                             TOTAL: 1
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
18146214*  +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
18146217*  +Cook County Health & Hospitals,    P.O. Box 70121,    Chicago, IL 60673-0121
18146221*  +Peoples Gas,    Attention: Bankruptcy Department,    130 E. Randolph,    Chicago, IL 60601-6302
                                                                                    TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 29, 2012**           **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: admin              Page 2 of 2            Date Rcvd: Mar 27, 2012
                              Form ID: b18             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2012 at the address(es) listed below:
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter W Lewis    on behalf of Debtor Zenon Maziarz pwlewis2791@gmail.com
          R Scott Alsterda    rsalsterda@uhlaw.com,   ralsterda@ecf.epiqsystems.com
                                                                                              TOTAL: 3

Case 11-49244   Doc 13   Filed 03/27/12   Entered 03/29/12 23:43:28   Desc Imaged
Certificate of Notice    Page 4 of 4